UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 8:10-cr-463-T-24EAJ

CHRIS MALCOM

_____/

**ORDER**

Defendant Chris Malcom, represented by counsel, has filed a Motion for Early Termination of Supervised Release. (Dkt. 47). The United States has filed a response in opposition. (Dkt.51).

Defendant was sentenced on November 22, 2011 to 51 months in the Bureau of Prisons followed by 60 months of supervised release for the crime of conspiracy to commit wire, mail, and bank fraud. Defendant was released from prison and began serving his supervised release on June 15, 2015 and has completed 37 months of supervision. Defendant represents in his Motion that AUSA Tom Palermo and the supervising United States Probation Officer, Billie Galbreath, from the Southern District of Indiana, are not opposed to early termination. However, after the Court ordered the Government to respond to the motion, and upon reflection, AUSA Tom Palermo now states the United States opposes early termination. (Dkt. 51).

Defendant states he "is a success story and is deserving of early termination." However, defendant has paid only $5,321.00 of the $6,886,645.00 owed to the victims of his fraud. Therefore the Court is not satisfied that early termination is in the interests of justice. Accordingly, Defendant's motion is DENIED.

**DONE AND ORDERED** at Tampa, Florida, on July 23, 2018.

SUSAN C. BUCKLEW
United States District Judge